# DISTRICT COURT OF MARYLAND FOR Baltimore City

**LOCATED AT (COURT ADDRESS)**
501 E. Fayette Street
Baltimore, MD 21202

**CASE NO.**
CV 0101-25550-2009

## PARTIES

**Plaintiff**
John D. Blantley
7539 Sheffield Rd
Baltimore, MD 21218

**vs.**

**Defendant(s):**
1. Total Health Care Inc
   1501 Division St.
   Baltimore, MD 21217
   Serve by: ☒ Certified Mail

**COMPLAINT** ☒ $5,000 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

See attached

(See Continuation Sheet)
☒ Legal
☐ Contractual _____ %

The Plaintiff claims:
☐ $ 10,000.00 plus interest of $ Any and attorney's fees of $ Any plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☒ Other: $10,000.00 and demands judgment for relief.

_Signature of Plaintiff/Attorney/Attorney Code_

Telephone Number: 410 L625909

## ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☒ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☒ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ John D. Blantley of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. ☒ The Defendant(s) ☐ is/are in the military service ☒ is/are not in the military service and the facts supporting this statement are:_____

☐ I am unable to determine whether or not any Defendant is in military service
07/23/09
Date

_Signature of Affiant_

DC/CV 1 (front) (Rev. 8/2008) (Print Date 9/2008)

Exhibit 1

Total Health Care, Inc. being a health care provider for the Plaintiff John D. Brantley as one of their patient in a program called Cash.

A Dr. James Daniel Griffin, MD and Dr. Mark Rawlings; under Maryland Annotated Codes and COMAR Rules and Regulations of State Statue section 14-495.

During the factor of a period of months, Diamond Plan (Health Coverage) was bill for services rendered by the therapist and doctors named above.

The periods of times shows that Dr. Rawlings and Dr. Griffin grossly

Exhibit 1

overutilized Health Care Services, by making false overtures to an Administrative panel about the patient named John D. Brantley.

The Negligency process of this, has taken place of five consecutive months during the years of 2008 to 2009.

Dr. Griffin; has Negligence in, discharging a patient with prior medical (medication until his Nutt. Visit.) problems.

And the overtures, has cause an administrative process to revocate prudent conditions of release in a NCR conditional release dated

Exhibit 1